UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                     CASE NO.: 6:10-bk-22072-ABB

LAW, MICHAEL DENNIS
         Debtor(s).
_____/


__X__  **Chapter 13 Plan**                    _____  **Amended Chapter 13 Plan**

     COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 – 10 (January 2011 – October 2011) | $ 2,075.00 |
| 11 – 60 (November 2011 – December 2015) | $ 2,625.00 |

     The Debtor(s)(s) shall pay by **money order, cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Richard R. Baker, P.L. | $0.00 $50.00 per month after confirmation | See Exhibit A | See Exhibit A |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| IRS #2 | $14,003.48 | See Exhibit A | See Exhibit A |

## Secured Claims

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| America's Servicing Co | $212,739.00 | See Exhibit A | See Exhibit A |
| America's Servicing 2nd | Motion to Strip | See Exhibit A | See Exhibit A |
| HSBC/Yamaha | $3,000.00 | See Exhibit A | See Exhibit A |

## Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

## Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

**Property to Be Surrendered:**

**Creditor Name:**                                   **Property Address:**


**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

The following Executory Contracts are assumed

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|
| None | | |

**The following Executory Contracts are rejected:**
**Name of Creditor:**                                    **Description of Collateral:**


**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: __100__ %


Property of the Estate revests in the Debtor(s) upon completion of all plan payments and the discharge of Debtor(s).


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 4th day of January, 2011.


/s/ MICHAEL DENNIS LAW
Debtor Signature


RICHARD R. BAKER, P.L.
1355 Orange Avenue, Suite 3
Winter Park, Florida 32789
Telephone: (407) 671-9836
Facsimile: (407) 671-5679
Attorneys for Debtor(s)

/s/ RICHARD R. BAKER
RICHARD R. BAKER, ESQ.
Florida Bar No.: 971110

| | 10-22072B | | LAW | | | | | ASC | | ASC 2ND | | | HSBC |
| | 12/13/2010 | | | 10.0% | | | | 3207 FLORENE | | 3207 FLORENE | | | |
| | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | | | | | | |
| | 60 | | 60 | | | | | | | | | | |
| 1/1/2011 | 1 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | 1 at | MOTION TO | | | $150.00 |
| 2/1/2011 | 2 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | 1 at | STRIP LIEN | | | $150.00 |
| 3/1/2011 | 3 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | | | | | $150.00 |
| 4/1/2011 | 4 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | | | | | $150.00 |
| 5/1/2011 | 5 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | | | | | $150.00 |
| 6/1/2011 | 6 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | | | | | $150.00 |
| 7/1/2011 | 7 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | | | | | $150.00 |
| 8/1/2011 | 8 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | | | | | $150.00 |
| 9/1/2011 | 9 | $11.15 | | $2,075.00 | $207.50 | | $0.00 | | $1,706.35 | | | | | $150.00 |
| 10/1/2011 | 10 | $11.15 | 10 at | $2,075.00 | $207.50 | 10 at | $0.00 | | $1,706.35 | | | | | $150.00 |
| 11/1/2011 | 11 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 12/1/2011 | 12 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 1/1/2012 | 13 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 2/1/2012 | 14 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 3/1/2012 | 15 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 4/1/2012 | 16 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 5/1/2012 | 17 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 6/1/2012 | 18 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 7/1/2012 | 19 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | $150.00 |
| 8/1/2012 | 20 | $176.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | 20 at | | $150.00 |
| 9/1/2012 | 21 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 10/1/2012 | 22 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 11/1/2012 | 23 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 12/1/2012 | 24 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 1/1/2013 | 25 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 2/1/2013 | 26 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 3/1/2013 | 27 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 4/1/2013 | 28 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 5/1/2013 | 29 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 6/1/2013 | 30 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 7/1/2013 | 31 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 8/1/2013 | 32 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 9/1/2013 | 33 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 10/1/2013 | 34 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 11/1/2013 | 35 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 12/1/2013 | 36 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 1/1/2014 | 37 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 2/1/2014 | 38 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 3/1/2014 | 39 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 4/1/2014 | 40 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 5/1/2014 | 41 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 6/1/2014 | 42 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 7/1/2014 | 43 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 8/1/2014 | 44 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 9/1/2014 | 45 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 10/1/2014 | 46 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 11/1/2014 | 47 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 12/1/2014 | 48 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 1/1/2015 | 49 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 2/1/2015 | 50 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 3/1/2015 | 51 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 4/1/2015 | 52 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 5/1/2015 | 53 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 6/1/2015 | 54 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 7/1/2015 | 55 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 8/1/2015 | 56 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 9/1/2015 | 57 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 10/1/2015 | 58 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 11/1/2015 | 59 | $326.15 | | $2,625.00 | $262.50 | | $50.00 | | $1,706.35 | | | | | |
| 12/1/2015 | 60 | $322.67 | 50 at | $2,625.00 | $262.50 | 50 at | $50.00 | 60 at | $1,706.35 | | | | | |
| | | $14,915.52 | | $152,000.00 | $15,200.00 | | $1,500.00 | | $9,935.40 | | | | | $3,000.00 |
| | | $14,239.00 | | | | | 1,500.00 | | 9,935.40 | | | | | 3,000.00 |
| | | 105% | | | | | | | Calculated for 31% of gross for loan modification request | | | | | |

| Date | # | | | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | IRS - PRIORITY #2 | | | | | | | |
| 1/1/2011 | 1 | | | | | | | | | |
| 2/1/2011 | 2 | | | | | | | | | |
| 3/1/2011 | 3 | | | | | | | | | |
| 4/1/2011 | 4 | | | | | | | | | |
| 5/1/2011 | 5 | | | | | | | | | |
| 6/1/2011 | 6 | | | | | | | | | |
| 7/1/2011 | 7 | | | | | | | | | |
| 8/1/2011 | 8 | | | | | | | | | |
| 9/1/2011 | 9 | | | | | | | | | |
| 10/1/2011 | 10 | 10 | at | | | | | | | |
| 11/1/2011 | 11 | | | $280.00 | | | | | | |
| 12/1/2011 | 12 | | | $280.00 | | | | | | |
| 1/1/2012 | 13 | | | $280.00 | | | | | | |
| 2/1/2012 | 14 | | | $280.00 | | | | | | |
| 3/1/2012 | 15 | | | $280.00 | | | | | | |
| 4/1/2012 | 16 | | | $280.00 | | | | | | |
| 5/1/2012 | 17 | | | $280.00 | | | | | | |
| 6/1/2012 | 18 | | | $280.00 | | | | | | |
| 7/1/2012 | 19 | | | $280.00 | | | | | | |
| 8/1/2012 | 20 | | | $280.00 | | | | | | |
| 9/1/2012 | 21 | | | $280.00 | | | | | | |
| 10/1/2012 | 22 | | | $280.00 | | | | | | |
| 11/1/2012 | 23 | | | $280.00 | | | | | | |
| 12/1/2012 | 24 | | | $280.00 | | | | | | |
| 1/1/2013 | 25 | | | $280.00 | | | | | | |
| 2/1/2013 | 26 | | | $280.00 | | | | | | |
| 3/1/2013 | 27 | | | $280.00 | | | | | | |
| 4/1/2013 | 28 | | | $280.00 | | | | | | |
| 5/1/2013 | 29 | | | $280.00 | | | | | | |
| 6/1/2013 | 30 | | | $280.00 | | | | | | |
| 7/1/2013 | 31 | | | $280.00 | | | | | | |
| 8/1/2013 | 32 | | | $280.00 | | | | | | |
| 9/1/2013 | 33 | | | $280.00 | | | | | | |
| 10/1/2013 | 34 | | | $280.00 | | | | | | |
| 11/1/2013 | 35 | | | $280.00 | | | | | | |
| 12/1/2013 | 36 | | | $280.00 | | | | | | |
| 1/1/2014 | 37 | | | $280.00 | | | | | | |
| 2/1/2014 | 38 | | | $280.00 | | | | | | |
| 3/1/2014 | 39 | | | $280.00 | | | | | | |
| 4/1/2014 | 40 | | | $280.00 | | | | | | |
| 5/1/2014 | 41 | | | $280.00 | | | | | | |
| 6/1/2014 | 42 | | | $280.00 | | | | | | |
| 7/1/2014 | 43 | | | $280.00 | | | | | | |
| 8/1/2014 | 44 | | | $280.00 | | | | | | |
| 9/1/2014 | 45 | | | $280.00 | | | | | | |
| 10/1/2014 | 46 | | | $280.00 | | | | | | |
| 11/1/2014 | 47 | | | $280.00 | | | | | | |
| 12/1/2014 | 48 | | | $280.00 | | | | | | |
| 1/1/2015 | 49 | | | $280.00 | | | | | | |
| 2/1/2015 | 50 | | | $280.00 | | | | | | |
| 3/1/2015 | 51 | | | $280.00 | | | | | | |
| 4/1/2015 | 52 | | | $280.00 | | | | | | |
| 5/1/2015 | 53 | | | $280.00 | | | | | | |
| 6/1/2015 | 54 | | | $280.00 | | | | | | |
| 7/1/2015 | 55 | | | $280.00 | | | | | | |
| 8/1/2015 | 56 | | | $280.00 | | | | | | |
| 9/1/2015 | 57 | | | $280.00 | | | | | | |
| 10/1/2015 | 58 | | | $280.00 | | | | | | |
| 11/1/2015 | 59 | 49 | at | **$280.00** | | | | | | |
| 12/1/2015 | 60 | 1 | at | **$283.48** | | | | | | |
| | | | | $14,003.48 | | | | | | |
| | | | | 14,003.48 | | | | | | |

Calculated for 31% of gross for loan modification request

Label Matrix for local noticing
113A-6
Case 6:10-bk-22072-ABB
Middle District of Florida
Orlando
Tue Jan  4 01:56:15 EST 2011

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Americas Servicing Company
PO Box 10328
Des Moines, IA 50306-0328

Richard R Baker
Richard R Baker PL
1355 Orange Ave Suite 3
Winter Park, FL 32789-4933

Capital One
Law Offices of James A West
6380 Rogerdale Road
Suite 130
Houston, TX 77072-1647

Diversified Adjustment Serv
600 Coon Rapids Blvd
Minneapolis, MN 55433-5549

Equifax Info. Service Center
P.O. Box 105873
Atlanta, GA 30348-5873

Experian Info. Solutions
701 Experian Parkway
P.O. Box 1240
Allen, TX 75013-1240

First Federal Credit C
24700 Chagrin Blvd
Suite 200
Cleveland, OH 44122-5630

Florida Default Law Group
Attn: William Huffman, Esq
PO Box 25018
Tampa, FL 33622-5018

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GEMB/Gap
PO Box 981400
El Paso, TX 79998-1400

GEMB/Old Navy
PO Box 981400
El Paso, TX 79998-1400

HSBC Bank
PO Box 5253
Carol Stream, IL 60197-5253

HSBC/Best Buy
1405 Foulk Road
Wilmington, DE 19803-2769

HSBC/Yamaha
90 Christiana Road
New Castle, DE 19720-3118

Teresa Marie Hair
Florida Default Law Group, PL
Post Office Box 25018
Tampa, FL 33622-5018

Holloway Credit Solutions
1286 Carmichael Way
Montgomery, AL 36106-3645

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Michael Dennis Law
3207 Florene Drive
Orlando, FL 32806-6421

Orange County Tax Collector
Attn:  Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

PCS
PO Box 538092
Orlando, FL 32853-8092

Portfolio Recovery & Affilia
120 Corporate Blvd
Suite 100
Norfolk, VA 23502-4962

Quality Collections
1320 N Semoran Blvd
Suite 105
Orlando, FL 32807-3552

Sears/CBSD
PO Box 6189
Sioux Falls, SD 57117-6189

The Home Depot/CBSD
PO Box 6497
Sioux Falls, SD 57117-6497

Trans Union
P.O. Box 2000
Chester, PA 19016-2000

U.S. Bank National Association
P.O. Box 25018
Tampa, FL 33622-5018

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

eCAST Settlement Corporation, assignee
of HSBC Bank Nevada and its Assigns
POB 35480
Newark, NJ 07193-5480

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30